UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IROQUOIS MASTER FUND, LTD., individually and as Agent for 13 Purchasers under a Securities Purchase Agreement dated August 4, 2006, BRISTOL INVESTMENT FUND, LTD., CASTLERIGG MASTER INVESTMENTS LTD., CRANSHIRE CAPITAL, LP, HUDSON BAY FUND LP, HUDSON BAY OVERSEAS FUND, LTD., LONGVIEW FUND, L.P., OPTION OPPORTUNITIES COMPANY, OTAGO PARTNERS, LLC, PARAGON CAPITAL LP, PORTSIDE GROWTH AND OPPORTUNITY FUND, ROCKMORE INVESTMENT MASTER FUND, LTD., and SMITHFIELD FIDUCIARY LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>CEL-SCI CORPORATION,<br><br>Defendant. | ECF CASE<br><br>Case No.: 09-CIV-8912 (HB)<br><br>**STIPULATION OF DISMISSAL** |



Plaintiffs Iroquois Master Fund, Ltd., Bristol Investment Fund, Ltd., Castlerigg Master Investments Ltd., Cranshire Capital, LP, Hudson Bay Fund LP, Hudson Bay Overseas Fund, Ltd., Longview Fund, L.P., Option Opportunities Company, Otago Partners, LLC, Paragon Capital LP, Portside Growth and Opportunity Fund, Rockmore Investment Master Fund, Ltd., and Smithfield Fiduciary LLC (collectively, "Plaintiffs") and Defendant CEL-SCI Corporation (hereinafter the "Parties"), through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle their dispute in this Action as reflected in the Exchange Agreement and exhibits thereto dated May 16, 2011 ("Exchange Agreement");

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this Action is hereby voluntarily dismissed with prejudice, each party to bear its own costs; and

IT IS FURTHER STIPULATED AND AGREED, by and among the Parties hereto, through their respective counsel, that this Court shall retain jurisdiction to enforce the terms of the Exchange Agreement, including but not limited to, the hearing and determination of any application seeking the issuance of a judgment as set forth therein.

Dated: June 16, 2011
New York, New York

**KOBRE & KIM LLP**
By: _____
Steven G. Kobre
(steven.kobre@kobrekim.com)
Robert J. Grand
(robert.grand@kobrekim.com)

800 Third Avenue
New York, NY 10022
Telephone: 212-488-1200
Facsimile: 212-488-1220

*Counsel for Plaintiffs*

**WILK AUSLANDER LLP**
By: _____
Jay Auslander
(jauslander@wilkauslander.com)
Natalie Shkolnik
(nshkolnik@wilkauslander.com)

675 Third Avenue
New York, NY 10017
Telephone: 212-421-2233
Facsimile: 212-752-6380

*Counsel for Defendant CEL-SCI Corporation*

*This action is dismissed with prejudice.*

SO ORDERED,

DATED:

June 21, 2011
New York, New York

_____
The Honorable Theodore H. Katz
United States Magistrate Judge